<table>
<tr><td>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</td><td>

**FILED**
May 31, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

</td></tr>
</table>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY JAMES DUREL,<br><br>    Defendant. | Case No. 2:23-cr-00132-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIMOTHY JAMES DUREL,

Case No. 2:23-cr-00132-KJM, Charge 18 U.S.C. § 2252(a)(2), from custody for the following reasons:

_____    Release on Personal Recognizance

  X    Bail Posted in the Sum of $ 50,000.00.

      X    Unsecured Appearance Bond $ 50,000.00.

      _____    Appearance Bond with 10% Deposit

      _____    Appearance Bond with Surety

      _____    Corporate Surety Bail Bond

      (Other):  The release on bond is delayed until 9:00 a.m. on 6/1/2023,

  X    at which time the deft must report directly to the Pretrial Services office.

Sacramento County Jail is further ORDERED to release the defendant with a

  X   30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 31, 2023 at 2:45 p.m.

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE