ROBERT M. HOLLEY, ESQ. (SNB 50769)
Attorney at Law
2151 River Plaza Drive, Suite 250
Sacramento, California 95833

Telephone: (916) 922-2255

Counsel for Defendant Timothy James Durel




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0132 KJM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE TO ALLOW MR. DUREL TO ATTEND AN EVENING CONCERT WITH HIS ADULT SON |
| vs, | |
| TIMOTHY JAMES DUREL, | |
| Defendant. | |

### BACKGROUND

Mr. Timothy Durel is charged by way of Indictment with two felony counts involving the Receipt and Possession of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2) and 2253(a), consecutively. His next appearance before the Honorable Kimberly J. Mueller, U.S. District Court Judge, is presently set for August 28, 2023 at 9:00 a.m. for Status Conference.

Mr. Durel is released on a $50,000 Appearance Bond, co-signed by his wife and mother, with special conditions, among others, of ankle monitor and residential curfew, every day from

1

8:00 p.m. to 8:00 a.m. (conditions #11, and #12).[1]

Mr. Durel requests that the Special Conditions of Release be temporarily modified to allow him to accompany his adult son, Joseph to a "Styx" concert, at a concert venue located at Thunder Valley Casino Resort, Lincoln, CA. Attendees must be 21 years of age to attend, or if between the ages of 13-20 the attendees must be accompanied at all times by an adult who is 21 years of age or older. The concert will take place on Saturday, July 29, 2023, and will begin at 7:30 PM and will last until approximately 11:00 PM. Mr. Durel believes that they will be home on Saturday evening before midnight.[2]

Pretrial Services Officer, Ms. Renee Basurto has communicated with Mr. Durel's son, Joseph, who has confirmed that he will be attending this concert with his father should the Court allow this temporary evening excursion.

## STIPULATION

**It is hereby stipulated** that the Court may grant the request made herein-above that the Special Conditions of Release, in particular, condition number 12 entitled "Curfew" may be modified for Saturday evening July 29, 2023, only, to allow Mr. Durel to the opportunity attend the aforementioned concert at 7:30 p.m. and return home by midnight. All other Conditions and Special Conditions of Release shall remain the same.

**DATED: July 26, 2020**

*/s/ Robert M. Holley*
MR. ROBERT M. HOLLEY, ESQ.
**Counsel for Timothy Durel**

---

[1] Copy of Appearance Bond and Conditions of Release are attached hereto for the benefit of the Court and by reference made a part hereof.
[2] A copy of the email request from Audrey Durel (Mr. Durel's wife) including a copy of the "ticketmaster" purchase, is attached hereto, and by reference made a part hereof.

2

DATED: July 26, 2023

_____
Mr. ROGER YANG, ESQ.
Assistant United States Attorney
Counsel for the United States

DATED: July 26, 2023

_____
MS. RENEE BASURTO
Pretrial Services Agent

# [PROPOSED] ORDER

The Court, having read and considered the stipulation of the parties, and good cause appearing therefrom, hereby adopts the stipulation in its entirety.

**Good Cause Appearing,** the Special Conditions of Pretrial Release are hereby modified to allow Mr. Timothy Durel on July 29, 2023, to attend the concert with his son as set forth above. All other Conditions of Release are to remain in full force and effect as will Special Condition Number 12, **CURFEW,** following Mr. Durel's return from the concert.

Dated: July 27, 2023

_____
HON. ALLISON CLAIRE
United States Magistrate Judge
Eastern District of California

## SPECIAL CONDITIONS OF RELEASE

Re: Durel, Timothy James
No.: 2:23-CR-0132-KJM
Date: May 31, 2023

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond is delayed until 9:00am on June 1, 2023, at which time you must report directly to the Pretrial Services office in Sacramento located at 501 I Street, Suite-2400.

3. You must not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the U.S. District Court, and not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. **CURFEW:** You must remain inside your residence every day from 8:00pm to 8:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

13. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

14. You must not use or possess a computer or any device capable of accessing the internet and the WIFI service at your residence must be password protected as required by the pretrial services officer. Your wife may possess a smart phone and one Ipad; your mother may possess one smart phone and Ipad; and your adult son may possess a smart phone and Play station. These devices will be password protected and you must not obtain the password or access these devices at anytime.

15. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

16. You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and,

17. You must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18. Any employment must be approved in advance by Pretrial Services.

## Styx concert on 07/29

**Audrey Durel** <adurel901@yahoo.com>

To:attyob@aol.com

Cc:jholley.law@gmail.com

Fri, Jul 21 at 12:58 PM

Hello Bob....Tim Durel would like to get discretionary leave approved to attend the upcoming STYX concert with his adult son Joseph Durel. The show is on Saturday, July 29th at 7:30, at the Thunder Valley 21 and over concert venue. The performance will likely go until around 11:00 pm give or take and should put Tim home before midnight. Tickets for this event were purchased before the indictment and the concert info is attached below. Thanks for your help with this matter.

Sent from my iPhone

o

image0.png

1.5MB

